IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORINDA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3060 |
| | ) | |
| v. | ) | |
| | ) | |
| CONESTOGA MALL 2002, LLC, a | ) | MEMORANDUM AND ORDER |
| foreign limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant claims the plaintiff lacks standing to pursue her claims, and therefore the court lacks subject matter jurisdiction over this case. Upon review of the pleadings and relevant law, the court finds the standing issue should be resolved at the outset. Accordingly,

IT IS ORDERED:

1) The defendant is given until October 1, 2009, to file a motion addressing whether this case should be dismissed for lack of standing under Rules 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure.

2) The parties may, at this time, conduct discovery on the issue of standing. However, as to all other issues in this case, discovery is stayed pending a court ruling as the whether the plaintiff has standing to litigate her claims.

DATED this 16th day of July, 2009.

BY THE COURT:
*s/Richard G. Kopf*
United States District Judge, in the absence of
Magistrate Judge David L. Piester

-2-

-2-