IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORINDA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3060 |
| | ) | |
| V. | ) | |
| | ) | |
| CONESTOGA MALL 2002, LLC | ) | ORDER |
| a foreign limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

 IT IS ORDERED that the parties' joint motion for a continuance, (filing no. 23), is granted, and on or before November 6, 2009, the parties shall either advise the court that this case is settled, or the defendant shall file a motion addressing whether this case should be dismissed for lack of standing under Rules 12(b)(1)and/or 12(b)(6) of the Federal Rules of Civil Procedure.

 DATED this 25th day of September, 2009.

 BY THE COURT:

 *Richard G. Kopf*
 United States District Judge