IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORINDA BROWN, | ) | CASE NO. 4:09-cv-3060 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATED MOTION FOR** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| CONESTOGA MALL 2002, LLC, a foreign | ) | |
| limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Lorinda Brown, by and through her counsel Schwartz Zweben, L.L.P., and Defendant Conestoga Mall 2002, LLC, by and through its counsel Rembolt Ludtke LLP, jointly stipulate to dismissal with prejudice of the above-captioned case, and request the Court for an Order dismissing with prejudice said case.

DATED: December 3, 2009

| | |
|---|---|
| LORINDA BROWN, Plaintiff | CONESTOGA MALL 2002, LLC, a foreign limited liability company, Defendant |
| | |
| By:  s/ Stephan M. Nitz | By:  s/s Mark A. Fahleson |
| Stephan M. Nitz  (#45561) | Mark A. Fahleson (#19807) |
| SCHWARTZ ZWEBEN, L.L.P. | David J. A. Bargen (#22862) |
| 3876 Sheridan Street | REMBOLT LUDTKE LLP |
| Hollywood, Florida   33021 | 1201 Lincoln Mall, Suite 102 |
| (954) 966-2483 | Lincoln, NE 68508 |
| (954) 966-2566 | (402) 475-5100 |
| snitz@szalaw.com | (402) 475-5087 |
| | mfahleson@remboltludtke.com |
| | dbargen@remboltludtke.com |

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on December 3, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Stephan M. Nitz
snitz@szalaw.com
Schwartz Zweben, L.L.P.

Marvin L. Andersen
marvin@bradleylawoffice.com

Michael P. Kneale
mike@bradleylawoffice.com

Attorneys for Plaintiff

                s/s Mark A. Fahleson
                Mark A. Fahleson

G:\WDOX\clients\32256\000\00297406.WPD