IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORINDA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3060 |
| | ) | |
| v. | ) | |
| | ) | |
| CONESTOGA MALL 2002, LLC, a foreign limited liability company, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |

A Stipulated Motion for Dismissal with Prejudice (filing 25) was filed by the plaintiff and defendant by and through her and its counsel requesting an order dismissing this case with prejudice.

IT THEREFORE IS ORDERED that this case is dismissed with prejudice.

Dated December 4, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge